*State, Respondent, v. McClinton, Petitioner*, No. 91678-1. Petition for review of a decision of the Court of Appeals, No. 71701-4-I, April 6, 2015, 186 Wn. App. 826. *Denied* September 30, 2015.

*State, Respondent, v. Schumacher, Petitioner*, No. 91679-9. Petition for review of a decision of the Court of Appeals, No. 69449-9-I, April 6, 2015, 186 Wn. App. 1042. *Denied* September 30, 2015.

*Michkowski, Petitioner, v. Snohomish County, Respondent*, No. 91682-9. Petition for review of a decision of the Court of Appeals, No. 71328-1-I, February 17, 2015, 185 Wn. App. 1057. *Denied* September 30, 2015.

*Romney et al., Petitioners, v. Franciscan Med. Grp. et al., Respondents*, No. 91686-1. Petition for review of a decision of the Court of Appeals, No. 71625-5-I, February 17, 2015, 186 Wn. App. 728. *Denied* September 30, 2015.

*State, Respondent, v. Wade, Petitioner*, No. 91688-8. Petition for review of a decision of the Court of Appeals, No. 69527-4-I, March 30, 2015, 186 Wn. App. 749. *Denied* September 30, 2015.

*State, Respondent, v. Torrescano-Hernandez, Petitioner*, No. 91690-0. Petition for review of a decision of the Court of Appeals, No. 70546-6-I, March 9, 2015, 186 Wn. App. 1016. *Denied* September 30, 2015.

*State, Respondent, v. Dunn et al., Petitioners*, No. 91695-1. Petitions for review of a decision of the Court of Appeals, Nos. 32029-4-III and 32030-8-III, April 9, 2015, 186 Wn. App. 889. *Denied* September 30, 2015.

*Collection Grp., LLC, Respondent, v. Cook et al., Petitioners*, No. 91696-9. Petition for review of a decision of the Court of Appeals, No. 32020-1-III, April 9, 2015, 186 Wn. App. 1048. *Denied* September 30, 2015.